IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANESSA R.,

    Plaintiff,

v.

ROBERT HALF INTERNATIONAL, INC.;
ANTHEM BLUE CROSS LIFE AND
HEALTH INSURANCE COMPANY,

    Defendants.

No. C 14-01214 WHA

**ORDER RE NOTICE OF SETTLEMENT**

This ERISA action was brought in March 2014 and reassigned to the undersigned judge in July 2014. The initial case management conference is scheduled for Thursday August 21 at 11:00 a.m. On August 18, plaintiff's counsel filed a notice stating that (Dkt. No. 31):

> the parties have reached a settlement . . . . It is anticipated that settlement documents will be circulated and processed, the matter resolved, and a Stipulation for Dismissal will be filed within forty-five (45) days. The Court is thereby respectfully requested to vacate all court dates.

The request to vacate the initial case management conference is **DENIED**. The parties are asked to please appear at the scheduled time.

    **IT IS SO ORDERED.**

Dated: August 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE